Weber, Appellant, *v.* Schwarzwald Evangelical
Lutheran Congregation.
Weber *v.* Schwarzwald Evangelical Lutheran
Congregation, Appellant.

Argued April 24, 1974. Before JONES, C. J., EAGEN,
O'BRIEN, ROBERTS, POMEROY and NIX, JJ.

*David H. Roland,* with him *Balmer, Mogel, Speidel & Roland,* for appellant at No. 76 and appellee at No. 77.

*George R. Eves,* for appellant at No. 77 and appellee at No. 76.

OPINION PER CURIAM, July 1, 1974:
Decree affirmed. Each side to pay own costs.
Mr. Justice MANDERINO took no part in the consideration or decision of this case.